CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
FEB -2 2011
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

NANCY WHARTON,

    Plaintiff,

v.

COMMISSIONER OF SOCIALSECURITY,

    Defendant.

Case No. 2:09CV00068

**FINAL JUDGMENT**

By: James P. Jones
United States District Judge

Based upon the court's de novo review of those portions of the magistrate judge's report and recommendations to which the plaintiff objected, it is **ADJUDGED AND ORDERED** as follows:

1. The plaintiff's objections are overruled;

2. The magistrate judge's report and recommendations are accepted;

3. The motion for summary judgment by the Commissioner of Social Security ("Commissioner") is granted;

4. The final decision of the Commissioner is **affirmed**; and

5. The clerk is directed to close the case.

ENTER: February 2, 2011

United States District Judge